**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00785-LTB-MEH

DAVID C. HALL,

       Plaintiff,

v.

NATIONAL MULTIPLE SCLEROSIS SOCIETY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Notice [Motion] of Withdrawal (Doc 9 - filed May 25, 2007) is **GRANTED**.  John C. Lowrie and Peter F. Munger of the law firm Ford & Harrison LLP are allowed to withdraw as counsel for Defendant.  Defendant will continue to be presented by Melissa B. Garrett of Paul, Hastings, Janofsky & Walker LLP, and Margaret Hogan of Littler Mendelson.

Dated:  May 29, 2007
_____