**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00785-LTB-MEH

DAVID C. HALL,

       Plaintiff,

v.

NATIONAL MULTIPLE SCLEROSIS SOCIETY,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss With Prejudice (Doc 18 - filed October 15, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   October 17, 2007